**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          In re C.K. and J.P.

Appellate case number:      01-18-00768-CV

Trial court case number:     18CP0137

Trial court:                           306th District Court of Galveston County

     Relators, C.K. and J.P., have filed a petition for a writ of mandamus in this Court. Relators also have filed a "Motion for Emergency Relief." The motion is **denied**.

     It is so ORDERED.

Judge's signature: <u>/s/ Terry Jennings</u>
                         ☒ Acting individually    ☐ Acting for the Court

Date: <u>August 29, 2018</u>